IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE L MASCIA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | NO. 14-3691 |

**ORDER**

**AND NOW**, this   day of May, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 12), Defendant's Response thereto, Plaintiff's Reply, the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Docket No. 20), Plaintiff's Objections thereto (Docket No. 21), and Defendant's Response to the Objections, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Objections are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.[1]

3. Plaintiff's Request for Review is **DENIED**.

4. The Decision of the Commissioner is **AFFIRMED**.

BY THE COURT:


/s/ John R. Padova
John R. Padova, J.

---

[1] Plaintiff's Objections to the Magistrate Judge's Report and Recommendation present no new issues and arguments. The issues and arguments that have been raised in the Objections have been correctly and adequately addressed by the Report and Recommendation, which is now approved and adopted.